James F. Monagle, SBN 236638
Edgar F. Navarrete, SBN 322662
MULLEN COUGHLIN LLC
500 Capitol Mall, Suite 2350
Sacramento, CA 95814
Telephone: (267) 930-1529
Email: jmonagle@mullen.law;
enavarrete@mullen.law

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NORTH AMERICAN BREAKER CO. DATA SECURITY LITIGATION | Case No.: 8:25-cv-00402-HDV<br><br>*Assigned for all purposes to the Honorable Hernan D. Vera, Dept. 5B*<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Date Filed:    03/03/2025<br>Trial Date:    None Set |

**TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:**

Pursuant to L.R. 40-2, the Parties jointly notify the Court that the Parties have reached a settlement in principle of this action. Further, the Parties request that the Court stay all current deadlines, including Defendant's responsive pleading deadline, until and including November 4, 2025, to allow the parties time to finalize all necessary settlement documentation for inclusion in Plaintiffs' forthcoming Motion for Preliminary Settlement Approval.

If Plaintiffs have not filed their Motion for Preliminary Settlement Approval by November 4, 2025, the parties will file a joint status report informing the Court of the status of the Parties' closing documents by no later than November 4, 2025.

Respectfully Submitted,

Date: September 5, 2025     **MULLEN COUGHLIN**

By /s/ *Edgar F. Navarrete*
   James F. Monagle
   Edgar F. Navarrete
   Attorneys for Defendant,
   NORTH AMERICAN BREAKER COMPANY, LLC

Date: September 5, 2025     **CLAYEO C. ARNOLD A PROFESSIONAL CORPORATION**

By: */s/ M. Anderson Berry*
   M. Anderson Berry

**KOPELOWITZ OSTROW P.A**

   Kristen Lake Cardoso
   Attorneys for Plaintiffs and Putative Class

---

2
**NOTICE OF SETTLEMENT**

# CERTIFICATE OF SERVICE

I hereby certify that, on September 5, 2025, I electronically filed the foregoing NOTICE OF SETTLEMENT with the United States District Court for the Central District of California by using the CM/ECF system, which will send a notice of filing to all registered users, including counsel for all parties.

| | |
|---|---|
| Date:  September 5, 2025 | **MULLEN COUGHLIN, LLC** |
| | */s/ Edgar F. Navarrete* |
| | James F. Monagle |
| | Edgar F. Navarrete |
| | Attorneys for Defendant, |
| | NORTH AMERICAN BREAKER COMPANY, LLC |